■ In the Matter of MICHAEL HOFFLER, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Garry and Rose, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of the Claim of GEORGE O. CANTOS, Appellant. COMMISSIONER OF LABOR, Respondent. [986 NYS2d 372]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 13, 2012, which ruled, among other things, that claimant was (1) ineligible to receive unemployment insurance benefits because he was not totally unemployed and (2) disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.